MODERN SCAFFOLD CO., INC., Plaintiff, v. KARELL REALTY CORP. et al., Defendants. KARELL REALTY CORP. et al., Third-Party Plaintiffs-Appellants, v. PUBLIC SERVICE MUTUAL INSURANCE COMPANY et al., Third-Party Defendants-Respondents.— Reynolds, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Reynolds, J.